# MEMORANDUM DECISIONS.

ABRAMOWITZ et al., Appellants, v. GRAY, Respondent. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Rachmiel Abramowitz and another against Robert J. Gray. From a judgment for defendant, plaintiffs appeal. Affirmed. Charles Tolleris, for appellants. George T. Hogg, for respondent.

SCOTT, P. J. The facts in this case bear no resemblance whatever to those in Weinberg v. Greenberger, 47 Misc. Rep. 117, 93 N.Y. Supp. 530. In that case the money was paid as a deposit on account of a lease to be thereafter made, and it was left quite obscure for what purpose the deposit was given, unless it was as security that the depositor would make the lease in due time. In this aspect it could be considered merely as security for any damage which might accrue from the depositor's failure to execute a lease, and no such damages were proven. As was pointed out in that case, the deposit could not under the terms of the receipt be considered as having been given on account of or as security for the rent which was to constitute the consideration for the lease. In the present case the money paid to defendant and now sued for is recited as having been paid on account of the purchase money for two lots, and the whole evidence shows that the payment was so made, and not merely as security for the making of some future contract. Thus considered, it is clear that the judgment is right, and should be affirmed, with costs. Judgment affirmed, with costs. All concur.

In re ABRAMS. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) In the matter of the application of David Abrams Jr., for the appointment of a committee of the person and property of David Abrams, Sr., an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

AHRONS, Respondent, v. CUNEO TRADING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Percy Ahrons against the Cuneo Trading Company. D. Flannagan, for appellant. W. E. Cooke, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

ALLEN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Edward S. Allen, as administrator, against the Union Railway Company of New York City. B. H. Ames, for appellant. J. C. Robinson, for respondent. No opinion. Judgment and order affirmed, with costs.

ARCIERI, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Ermenia Arcieri as administratrix, against the Long Island Railroad Company. W. C. Beecher, for appellant. R. Maggio, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

In re ASHHEIM. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of Solomon W. Ashheim. No opinion. Motion granted. Settle order on notice.

BACK et al., Respondents, v. MULLER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Louis Back and Charles Fredrick, as executors, etc., against Rosie Muller and the South Brooklyn Savings Institution. No opinion. Judgment affirmed, with costs.

In re BAINBRIDGE'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) In the matter of the estate of Hannah Maria Bainbridge, deceased. No opinion. Motion granted. Order to be settled before Mr. Justice Woodward.

BALDWIN, Appellant, v. McGRATH, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Clarence D. Baldwin against John J. McGrath, impleaded, etc. L. H. Beers, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAMBACE v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Joseph Bambace against the Interurban Street Railway Company. No opinion. Motion denied, without costs. Order filed.

In re BANISTER'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of probate of the alleged last will and testament of George Banister, deceased.